# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLORADO

08 - CV - 00012 RPM-KLM

Civil Action Number: _____

RCL Properties, Inc., Tax Matters Partner
of GLENHILLS Ranch, Ltd.,

      Plaintiff,

vs.

United States of America and the Internal Revenue Service,

      Defendants.

---

## ORDER AUTHORIZING DEPOSIT OF FUNDS

---

THIS MATTER having come before the Court on Plaintiff's Motion Authorizing Deposit of Funds, the Court having reviewed the same and being fully advised in the premises,

DOES HEREBY ORDER that Plaintiff, pursuant to its Motion Authorizing Deposit of Funds and its Notice of Deposit, is hereby authorized to deposit the sum of $312.00 into the registry of this Court.

DONE AND SIGNED this 4ᵗʰ day of January, 2008.

      BY THE COURT:

_____
U.S. District Court Judge