# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action Number: 08-CV-00012-RPM

RCL Properties, Inc., Tax Matters Partner
of GLENHILLS Ranch, Ltd.,

      Plaintiff,

vs.

United States of America and the Internal Revenue Service,

      Defendants.

_____

## ORDER RE: RETURN OF DEPOSITED FUNDS
_____

Upon consideration of Plaintiffs' Motion Re Return of Deposited Funds [9], it is

ORDERED that the Clerk is hereby ordered to return the sum of $312.00, plus interest and less the registry fee assessment, to Plaintiff.

DATED this 24th day of August, 2009.

                        BY THE COURT:

                        s/Richard P. Matsch

                        _____

                        Richard P. Matsch, Senior District Judge